## COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. Andrew B. C. DOHRMANN, Respondent.

### No. 6718.

Circuit Court of Appeals, Ninth Circuit.

Jan. 5, 1932.

Before WILBUR and SAWTELLE, Circuit Judges, and McCORMICK, District Judge.

### PER CURIAM.

Pursuant to stipulation of counsel for the respective parties, it is ordered that the order of the said Board of Tax Appeals in this cause be, and hereby is, reversed, and that this cause be, and hereby is, remanded to the said Board of Tax Appeals with directions to enter a final order and decision that there are deficiencies for the calendar years 1920 and 1921 in the amounts of $19,704.13 and $3,970.74, respectively.

---

## Nick DONOVICH, Appellant, v. UNITED STATES of America.

### No. 9316.

Circuit Court of Appeals, Eighth Circuit.

March 22, 1932.

J. R. Lones and Raymond T. Coffey, both of Omaha, Neb., for appellant.

Charles E. Sandall, U. S. Atty., and Edson Smith, Asst. U. S. Atty., both of Omaha, Neb.

### PER CURIAM.

Appeal dismissed, without costs to either party in this court, on motion of appellee.

---

## J. M. FEIGENBAUM, Petitioner, v. Charles B. DAVIS, Judge, etc.

### No. 370.

Circuit Court of Appeals, Eighth Circuit.

March 11, 1932.

George T. Priest, of St. Louis, Mo., for petitioner.

Morton Jourdan, Fred L. English, and R. F. O'Bryen, all of St. Louis, Mo., for respondent.

### PER CURIAM.

Motion for leave to file petition for writ of mandamus denied.

---

## Joe GRAFE et al., Appellants, v. UNITED STATES of America.

### No. 9477.

Circuit Court of Appeals, Eighth Circuit.

March 22, 1932.

William N. Jamieson, of Omaha, Neb., for appellant.

Charles E. Sandall, U. S. Atty., of Omaha, Neb.

### PER CURIAM.

Appeal docketed and dismissed, without costs to either party in this court, on motion of appellee under rule 16.